# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2007

130912 (84)(85)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LEWIS MATTHEWS III and DEBORAH
MATTHEWS,
     Plaintiffs-Appellees,

v

REPUBLIC WESTERN INSURANCE
COMPANY,
     Defendant-Appellant,

and

MICHIGAN DEPARTMENT OF STATE,
ASSIGNED CLAIMS FACILITY,
     Defendant.

SC: 130912
COA: 251333
Wayne CC: 97-717377-NF

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The motion for reconsideration of this Court's May 25, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2007

_____
Clerk

t0620